# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

IN RE: SUBWAY FOOTLONG
SANDWICH MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 13-02439

This Document Relates to All Cases

## ORDER

Based on the stipulation of the parties, **IT IS ORDERED** that plaintiffs' motion for class certification is denied without prejudice to renewal.

Dated at Milwaukee, Wisconsin this 16th day of January, 2014.

s/ Lynn Adelman

LYNN ADELMAN
District Judge